IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TINA MORGAN**, on behalf of herself and all others similarly situated, | CASE NO. 2:19-cv-278 |
| Plaintiff, | Judge James L. Graham |
| vs. | Magistrate Judge Chelsey M. Vascura |
| **VALLEY HOME CARE SOLUTIONS, LLC,** *et al.*, | **ORDER APPROVING SETTLEMENT** |
| Defendants. | |

THIS CAUSE having come before the Court on the *Amended Joint Motion for Approval of Settlement* (ECF No. 35), including the parties' *Amended Joint Stipulation of Settlement and Release*, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement, holds the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act and Ohio law, and grants the parties' Amended Joint Motion (ECF No. 35);

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the settlement; and

3. The above case is hereby dismissed with prejudice; each party to bear her/its own costs, except as otherwise provided by the *Amended Joint Stipulation of Settlement and Release*. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this 17th day of December, 2019

/s/ James L. Graham
JAMES L. GRAHAM
United States District Judge