AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Tina Morgan, on behalf of herself and all others similarly situated,<br>*Plaintiff*<br>v.<br>Valley Home Care solutions, LLC, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:19-cv-278 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other: _____
This case is dismissed with prejudice.

_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

_____ .

Date:     Dec 17, 2019                                                            *CLERK OF COURT*

Denise M. Shane

*Signature of Clerk or Deputy Clerk*